1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
3   Designated Counsel for Service
    801 I Street, 3rd Floor
4   Sacramento, California 95814
    Telephone: (916) 498-5700
5

6   Attorney for Defendant
    AMY MOORE
7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      )  No. CR-S-07-0168 EJG
                                   )
13                 Plaintiff,      )
                                   )  DEFENDANT'S WAIVER OF APPEARANCE
14        v.                       )
                                   )  Judge:   Honorable Edward J.
15  AMY MOORE,                     )           Garcia
                                   )
16                 Defendant.      )
    _____)
17

18        Pursuant to Fed.R.Crim.P. 43, defendant, AMY MOORE, hereby waives

19  the right to be present in person in open court upon the hearing of any

20  motion or other proceeding in this case, including, but not limited to,

21  when the case is set for trial, when a continuance is ordered, and when

22  any other action is taken by the Court before or after trial, except

23  upon arraignment, initial appearance, trial confirmation hearing, entry

24  of plea, and every stage of trial including verdict, impanelment of

25  jury and imposition of sentence.

26        Defendant hereby requests the Court to proceed during every

27  absence of hers which the Court may permit pursuant to this waiver and

28  agrees that her interests will be deemed represented at all times by

1 the presence of her attorney, the same as if the defendant were

2 personally present.  Defendant further agrees to be present in Court

3 ready for trial any day and hour the Court may fix in her absence.

4      The defendant further acknowledges that she has been informed of

5 her rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act)

6 and authorizes her attorney to set times and delays under that Act

7 without her personal presence.

8 Dated: June 1, 2007

9

10                                    /s/ Amy Moore
                                     AMY MOORE
11                                   (Original retained by attorney)

12

13      I concur in Ms. Moore's decision to waive her presence at future

14 proceedings.

15

16 Dated:  June 1, 2007              Respectfully submitted,

17                                   DANIEL J. BRODERICK
                                     Federal Defender
18

19
                                       /s/ Mary M. French
20                                   MARY M. FRENCH
                                     Supervising Assistant
21                                   Federal Defender
                                     Attorney for Defendant
22                                   AMY MOORE

23
   IT IS SO ORDERED.
24
   Dated:  June 4, 2007
25
                                     /s/Edward J. Garcia
26                                   EDWARD J. GARCIA
                                     United States District Judge
27

28

Waiver of Appearance/Moore              2