1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   AMY MOORE
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,     ) No. CR-S-07-0168 EJG
                                 )
13             Plaintiff,        ) STIPULATION AND ORDER CONTINUING
                                 ) STATUS CONFERENCE
14     v.                        )
                                 ) Date:  September 28, 2007
15 AMY MOORE,                    ) Time:  10:00 a.m.
                                 )
16             Defendant.        ) Judge: Honorable Edward J. Garcia
   _____ )

17

18      It is hereby stipulated between the parties, Mary M. French,

19 attorney for the defendant, and Jill Thomas, Assistant United States

20 Attorney, attorney for the plaintiff, that the status conference

21 hearing date of August 3, 2007, be vacated and a status conference

22 hearing date of September 28, 2007, at 10:00 a.m. be set.

23      This continuance is requested because counsel for defendant and

24 the government are unavailable earlier due to prior out-of-town

25 commitments and because the parties continue to work on an acceptable

26 resolution to this matter.  The defense also needs time to research a

27 guideline application issue and determine the potential sentencing

28 range in this case.

It is further stipulated that the period from August 3, 2007, through and including September 28, 2007, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Respectfully submitted,

Dated: July 31, 2007

DANIEL J. BRODERICK
Federal Defender

/s/ Mary M. French
_____
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
AMY MOORE

Dated: July 31, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ Mary M. French for
_____
JILL THOMAS
Assistant U.S. Attorney
per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated: August 3, 2007

/s/Edward J. Garcia
_____
EDWARD J. GARCIA
United States District Judge

Stip and Order/Moore                    2