**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA  95814

*Daniel J. Broderick*  (916) 498-5700  Fax: (916) 498-5710  *Linda C. Harter*
*Federal Defender*  *Chief Assistant Defender*

# M E M O R A N D U M

DATE:       December 11, 2007

TO:         Colleen Lydon, Courtroom Clerk to the
            Honorable Edward J. Garcia
            United States District Court Judge

FROM:       Shelley Mason, Legal Secretary on behalf of
            Mary M. French, Supervising Assistant Federal Defender

SUBJECT:    United States v. Amy Moore
            CR-S-07-0168 EJG

---

Subject to approval of the Honorable Edward J. Garcia, Assistant United States Attorney Jill Thomas, United States Probation Officer Brenda Barron-Harrell and counsel for defendant Mary M. French agree that the judgment and sentencing in the above matter currently scheduled for December 14, 2007, may be continued to **Friday, January 25, 2008, at 10:00 am.**

The parties further agree that the Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the probation officer and opposing counsel no later than January 18, 2008.

**Continuance of Judgment and Sentencing Approved:**

Dated:  December 11, 2007

/s/ Edward J. Garcia
Edward J. Garcia
United States District Judge

/slm
cc:   Brenda Barron-Harrell, United States Probation Officer
      Amy Moore