**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA  95814

| | | |
|---|---|---|
| *Daniel J. Broderick*<br>*Federal Defender* | (916) 498-5700  Fax: (916) 498-5710 | *Linda C. Harter*<br>*Chief Assistant Defender* |

# M E M O R A N D U M

DATE:        January 18, 2008

TO:          Colleen Lydon, Courtroom Clerk to the
             Honorable Edward J. Garcia
             United States District Court Judge

FROM:        Shelley Mason, Legal Secretary on behalf of
             Mary M. French, Supervising Assistant Federal Defender

SUBJECT:     United States v. Amy Moore
             CR-S-07-0168 EJG

---

Subject to approval of the Honorable Edward J. Garcia, Assistant United States Attorney Jill Thomas, United States Probation Officer Brenda Barron-Harrell and counsel for defendant Mary M. French agree that the judgment and sentencing in the above matter currently scheduled for January 25, 2007, may be continued to **Friday, February 22, 2008, at 10:00 am.**  This continuance is being requested because defense counsel is waiting for documents from the government related to sentencing that will then be reviewed with a special agent of the United States Postal Service.

The parties further agree that the Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the probation officer and opposing counsel no later than February 15, 2008.

**Continuance of Judgment and Sentencing Approved:**

| | |
|---|---|
| January 18, 2008<br>Dated | /s/ Edward J. Garcia<br>Edward J. Garcia<br>United States District Judge |

/slm
cc:   Brenda Barron-Harrell, United States Probation Officer
      Amy Moore